IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RAUL WATERS MOLINAR                                                                                  PLAINTIFF

v.                                                                      CIVIL ACTION NO. 4:11-CV-126-CWR-LRA

DR. GURDIAL SANDHU                                                                                  DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge Linda R. Anderson. Docket No. 32. On November 26, 2013, Judge Anderson recommended that Plaintiff's claims be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Docket No. 32, at 6-7. In accordance with Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636, Judge Anderson advised the parties that objections to the Report and Recommendation, if any, must be filed within 14 days of being served with a copy of the Report and Recommendation. Docket No. 32, at 7. That period has expired, and neither party has voiced an objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and the Plaintiff's Complaint is hereby dismissed with prejudice. A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 23rd day of December, 2013.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE